-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MICHAEL RAMSEY,

        Plaintiff,

        v.

RYERSON, et al.,

        Defendants.

**ORDER**
05-CV-0047(A)(F)

---

On January 22, 2007, defendants M. Sheahan, J. Irizarry, Litwilder, J. Ames, Clark, Held, P. Klatt, Ryerson, and Michael McGinnis filed a motion for summary judgment (Docket No. 22), and on February 5, 2007, the court issued an order directing a response to the motion be filed by March 2, 2007 and a reply, if any, be filed by March 23, 2007. On March 14, 2007, the court received a letter from plaintiff advising the court that on February 22, 2007 he has been transferred to the Downstate Correctional Facility but that all of his property, including his legal papers, is being held at the Clinton Correctional Facility. He therefore requests an extension of time to respond to the motion for summary judgment and an order directing the defendants to forward his papers to Downstate.

Accordingly, plaintiff is granted an extension of time to file his response to the defendants' motion for summary judgment and the Assistant Attorney General representing the defendants in this matter is requested to contact the Clinton Correctional Facility and direct it to forward plaintiff's legal papers to plaintiff at Downstate within the next **30 days**.

Plaintiff's responses to the defendants' motion for summary must be filed on or before **May 21, 2007**. The defendants' reply, if any, shall be filed on or before **June 11, 2007**. Oral argument shall be at the discretion to the court.

SO ORDERED.

LESLIE G. FOSCHIO
UNITED STATES MAGISTRATE JUDGE

Dated: March 16, 2007
Buffalo, New York